CHRISTIAN L. MOORE, ESQ. (NSB #3777)
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
clm@lge.net
(775) 786-6868
*Attorneys for Defendant*
*Bondars Logistics, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAIME MENDOZA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BONDARS LOGISTICS, LLC, a California Limited Liability Company; DOES 1-25; and BLACK CORPORATION A-Z,<br><br>Defendant(s). | Case No. 3:18-cv-00427-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE; LR IA 6-1; LR IA 6-2; LR II 26-4** |

Plaintiff JAIME MENDOZA HERNANDEZ and Defendant BONDARS LOGISTICS, LLC, by and through their undersigned attorneys of record, hereby stipulate and agree to extend only the deadline to disclose expert witnesses from March 7, 2019 to March 28, 2019; and the deadline to disclose rebuttal expert witnesses from April 8, 2019 to April 25, 2019. The parties agree that good cause does exist for extension of the above deadlines because (1) Plaintiff is seeking a second medical opinion regarding possible future medical treatment, and (2) Defendant is also further investigating the accident location and forklift involved in the accident on a date mutually agreeable to the parties. This realization that the requested

- 1 -

extension is appropriate occurred when the parties' counsel conferred during the deposition of Plaintiff on February 21, 2019, and both parties' counsel subsequently spent the following week coordinating dates with experts, their respective calendars, and Plaintiff's former employer. This is the first request for extension of time since the Court's November 8, 2019 Case Management Conference, and the parties have been diligent in discovery that has included exchanging written discovery requests and deposing three witnesses, including Plaintiff. It is not anticipated that the new expert disclosure dates will otherwise impact the court's previously adopted scheduling order.

Dated: March 1, 2019
Law Offices of Steven P. Brazelton
520 Holcomb Avenue
Reno, Nevada 89502

By: _____
Steven P. Brazelton, Esq.
Attorney for Plaintiff

Dated March 1, 2019
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519

By: _____
Christian L. Moore, Esq.
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: March __4__, 2019

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE