CHRISTIAN L. MOORE, ESQ. (NSB #3777)
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Email: clm@lge.net
Telephone: (775) 786-6868

*Attorneys for Defendant*
*Bondars Logistics, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAIME MENDOZA HERNANDEZ,

    Plaintiff,

vs.

BONDARS LOGISTICS, LLC, a
California Limited Liability Company;
DOES 1-25; and BLACK CORPORATION
A-Z,

    Defendant(s).

Case No. 3:18-cv-00427-RCJ-WGC

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, JAMIE MENDOZA HERNANDEZ, and Defendant BONDARS LOGISTICS, LLC, with all parties acting through their undersigned counsel, that pursuant to the settlement reached on June 17, 2019 between Mr. Hernandez and Bondars Logistics, LLC, that any and all claims in the above-captioned action against Bondars Logistics, LLC be dismissed with prejudice.

Dated: July 9, 2019.

**LEMONS, GRUNDY & EISENBERG**

By: _____
Christian L. Moore, Esq.
*Attorneys for Defendant*
*Bondars Logistics, LLC*

Dated: July 1st, 2019.

**LAW OFFICE OF STEVEN P. BRAZELTON**

By: _____
Steven P. Brazelton, Esq.
*Attorneys for Plaintiff*
*Jaime Mendoza Hernandez*

IT IS SO ORDERED this 19th day of July, 2019. _____
ROBERT C. JONES